## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Ali A. Karim Aladimi,

    Plaintiff,

        v.                                        Case No.  1:08cv810

Sheriff Richard K. Jones, *et al.*,            Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 21, 2010 (Doc. 27).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Defendant D. William Rogers' Motion for Summary Judgment (Doc. 18) is **GRANTED**.   Pursuant to 28 U.S.C. § 1915(a)(3) an appeal of the Court's Order will not be taken in good faith consistent with the Opinion of the Magistrate Judge.

    **IT IS SO ORDERED.**

                                                        *S/Michael R. Barrett*
                                                        Michael R. Barrett
                                                        United States District Judge